UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAUL JEFFERSON BRADDOCK, II,

    Plaintiff,

Case No. 1:11-cv-812

v.

HON. JANET T. NEFF

UNKNOWN RYKSE, et al.,

    Defendants.
_____/

### ORDER

This is a civil rights action filed pursuant to 42 U.S.C. § 1983. Defendants filed motions for summary judgment. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on June 11, 2012, recommending that this Court grant Defendants' motions and terminate this matter. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (Dkt 26) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants Rykse, Sherk, Greenfield and Sickler's Motion for Summary Judgment (Dkt 10) and Defendant Embry's Motion for Summary Judgment (Dkt 20) are GRANTED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith. See *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.

Date: July 9, 2012                      /s/ Janet T. Neff
                                                           JANET T. NEFF
                                                           United States District Judge